FILED
09 SEP -4 PM 2:15
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Mark B. Mizrahi, Esq. (SBN 179384)
mmizrahi@brookskushman.com
BROOKS KUSHMAN P.C.
6701 Center Drive, Suite 610
Los Angeles, CA 90045
Tel: (310) 348-8200/
Fax: (310) 846-4799

Of Counsel:
Mark A. Cantor (MI Bar No. P32661)
mcantor@brookskushman.com
Thomas W. Cunningham (MI Bar No. P57899)
tcunningham@brookskushman.com
BROOKS KUSHMAN P.C.
1000 Town Center, 22nd Floor
Southfield, MI 48075
Tel: (248) 358-4400
Fax: (248) 358-3351

Attorneys for Plaintiff
ZANE PUBLISHING, INC.

E-filing

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

SBA

ZANE PUBLISHING, INC.,
a Texas corporation,

*Plaintiff*,

vs.

J.C. RESEARCH, INC., d/b/a
FOGWARE PUBLISHING
a California corporation, and
INNOVATIVE KNOWLEDGE, INC.,
a California corporation,

*Defendants*.

CV 09 Civil Action No. 4115

**COMPLAINT AND DEMAND FOR JURY TRIAL**

Plaintiff Zane Publishing, Inc. ("Zane") for its complaint against J.C. Research, Inc., and Innovative Knowledge states as follows:

## I. PARTIES

1. Zane is a corporation organized and operating under the laws of the State of Texas with its principal place of business at 30 Rewi Street, Torbay, Auckland 1310, New Zealand.

2. J.C. Research is a California corporation having offices at 606 North First Street, San Jose, California 95112.

3. Innovative Knowledge is a California corporation having offices at 606 North First Street, San Jose, California 95112.

4. J.C. Research and Innovative Knowledge are collectively referred to as Defendants.

## II. JURISDICTION

5. The federal claims pleaded herein arise under 15 U.S.C. § 1051 et seq. and 17 U.S.C. § 101 et seq.

6. Original federal subject matter jurisdiction for the federal claims pleaded herein is conferred upon the Court by 15 U.S.C. § 1121 (the Lanham Act), 17 U.S.C. § 501 (the Copyright Act), 28 U.S.C. §1331 (federal question) and 1338(a) (copyright).

7. Jurisdiction for the state law claims is conferred upon the Court by 28 U.S.C. § 1338(b) ("substantial and related claim of unfair competition"), and 28 U.S.C. § 1367 ("other claims that are so related to claims in the action within such original jurisdiction that they form part of the same case or controversy under Article III of the United States Constitution").

8. This Court has general personal jurisdiction over the Defendants because Defendants are conducting business in the State of California and this District, and wrongful acts have occurred in this District.

## III. INTRADISTRICT ASSIGNMENT

9. Pursuant to L.R. 3-2(c), this case being an Intellectual Property Action, it lies in one of the excepted categories that shall be assigned on a district-wide basis.

## IV. BACKGROUND

### A. Zane Development of Educational Software Titles

10. Zane was incorporated in the early 1990s and was successor to ZCI, Inc.

11. Between 1995 and 2000 Zane grew into one of the leading educational software publishers in the United States, developing and releasing in excess of 250 CD-ROM titles. Their entire product range focused on supporting the K-12 education curriculum.

12. While most software publishers have always concentrated on providing software titles for simply the math, reading and writing markets, Zane built itself a significant reputation for providing a comprehensive range of CD-ROM titles for Art, Music, History, Science, Biology, Literature, Geography, Social Sciences, Library Skills and Health.

13. To enable it to publish such a comprehensive range of titles, Zane accessed content by entering into Licensing Agreements with several notable paper publishers. A portion of that content was originally licensed to Zane through Clearvue. The content was normally in non-digital format, which Zane converted into digital format.

14. Zane designed and developed the uniform design for a library of CD-ROM titles. Zane developed a compact disc (CD) engine called "PowerCD" that formed the core of each title. Zane also developed and built the soundtracks and the graphic interface on each CD-ROM. All of the text, graphic and video files were then purposed, developed and structured individually to fit the format and design requirements of Zane's PowerCD engine to produce the finished title.

15. Each Zane CD-ROM follows a standard design and presentation format so as to enable it to be of value to students across a wide range of ages, as well as accommodating the needs and requirements of students with reading disabilities and sight impairments. Hence the

student is either able to listen to the presentation via the audio tracks, or alternatively read the contents on screen.

16. An interactive Quiz testing facility included with the titles was developed by Zane and was operated as part of the PowerCD engine. Zane designed and participated in writing over 22,000 questions and answers which were then digitally formatted, purposed to fit the PowerCD engine, which provided each completed Zane title with its own interactive multiple choice testing facility.

17. PowerCD is a trademark of Zane registered in the United States Patent and Trademark Office, Registration No. 1,847,276 for "operating system software."

18. Zane Publishing and American Concise Encyclopedia are trademarks of Zane.

19. As a result of its activities, the copyright to numerous titles are registered with the United States Copyright Office listing Zane as a joint owner.

**B. <u>Clearvue Contracts</u>**

20. To allow access and use of Clearvue content and to market the final titles, Zane entered into a series of contracts with Clearvue. The contracts include a publishing and licensing agreement dated May 11, 1994, as amended, a publishing and licensing agreement dated September 22, 1995, as amended, and a PowerCD publishing/licensing and cost distribution agreement dated June 18, 1998.

21. The contracts are directed toward the development and marketing of education curriculum software titles. They provided, inter alia, for cross licenses, restrictions on the marketing of the titles by the parties, the payment of royalties and joint ownership by Zane of the titles covered by the agreements. The agreements provided Zane would have an exclusive license to distribute the Zane software titles within the non-education market, whereas Clearvue would have exclusive rights to distribution of the Zane titles in the formal education market, i.e. schools, universities and public libraries.

C. **Zane Bankruptcy**

22. In 1998, due to market conditions impacted by the Internet, Zane went into bankruptcy.

23. The Bankruptcy Court confirmed the assumption of the Clearvue executory contracts by Zane, after approval by Clearvue.

24. Nicholas Tee, originally based in the United Kingdom and now in New Zealand, became the controlling stockholder during a bankruptcy reorganization.

25. In May, 2000, Zane left bankruptcy.

D. **J.C. Research, Fogware Publishing and Innovative Knowledge**

26. After bankruptcy, Zane continued to market its titles, including use of distributors such as J.C. Research. However, its activities selling CD titles lessened as it sought to transition from the physical sale and delivery of CD-ROMs to an Internet delivered format.

27. Zane ended its distributorship relationship with J.C. Research in 2002.

28. Zane later became aware that J.C. Research was marketing the previously licensed Zane titles and derivative copies of Zane titles outside the formal education market in various ways, including through its division Fogware Publishing.

29. J.C. Research has also been marketing Zane titles and derivative copies of Zane titles without permission of Zane that were not developed as part of Clearvue agreements.

30. Titles marketed by J. C. Research make reference to Zane and use Zane's trademarks, without Zane's permission. The Zane Titles have also been marketed by Innovative Research, a company located at the same address as J.C. Research.

31. J. C. Research has improperly overlaid the copyright notice of Zane by a copyright notice falsely claiming copyright in Zane's titles by J. C. Research's division, Fogware Publishing.

## COUNT ONE

## COPYRIGHT INFRINGEMENT (17 U.S.C. § 101 et seq.)

32. The allegations of paragraphs 1-31 are incorporated herein by reference.

33. Zane is the owner and/or exclusive licensee of certain United States copyrights for its software titles, which are listed in Exhibit A. Registration of these copyrights has been sought with the United States Copyright Office. Where known, the registration numbers are also listed on Exhibit A

34. Defendants have copied and created derivative works from Zane's copyrighted works, without Zane's authorization. Such acts infringe Zane's exclusive rights granted by 17 U.S.C. § 106.

35. Zane titles known to have been copied or from which derivative works were made are indicated on Exhibit A.

36. Defendants have distributed copies of Zane's copyrighted works, without Zane's authorization. Such acts infringe Zane's exclusive rights granted by 17 U.S.C. § 106.

37. Defendants' infringement has damaged Zane and adversely affected the market for and value of Zane's copyrighted works.

38. Defendants' committed each act of infringement with the knowledge that the works were subject to copyright and with knowledge that Defendants' were not authorized to copy or create derivative works of such copyrighted works.

39. Defendants' acts of infringement were willful within the meaning of 17 U.S.C. § 504(c)(2).

40. For Defendants' acts of infringement, Zane is entitled to recover Zane's actual damages and any profits of Defendants not taken into account in computing the actual damages or, at its election, statutory damages, including for willful infringement damages in the amount of $150,000 per copyrighted work infringed.

41. Monetary relief alone is not adequate to address fully the irreparable injury that Defendant's illegal actions have caused and will continue to cause Zane if not enjoined. Zane therefore is also entitled to preliminary and permanent injunctive relief to stop Defendants' ongoing infringement of Zane's copyrighted works.

**COUNT TWO**

**FEDERAL UNFAIR COMPETITION (15 U.S.C. § 1125(a))**

42. The allegations of paragraphs 1-41 are incorporated herein by reference.

43. Defendants' acts are likely to cause confusion, or to cause mistake, or to deceive as to the affiliation, connection, or association of Defendants with Zane.

44. Defendants' acts are likely to cause confusion, or to cause mistake, or to deceive as to the origin, sponsorship, or approval of Defendants' goods, services, or commercial activities by Zane.

45. Zane has been damaged and Defendants have derived profits from the aforementioned unfair competition.

46. Defendants' conduct in offering non-authorized copies of software developed from Zane titles and use of Zane trademarks with such non-authorised copies in interstate commerce constitutes unfair competition proscribed by section 43(a) of the Lanham Act, codified at 15 U.S.C. § 1125. By reason of the foregoing acts, Defendants' have unfairly competed with Zane in violation of federal law.

47. Defendants are liable to Zane for such violations of 15 U.S.C. § 1125(a).

48. By reason of Defendants' actions, Zane has suffered and will continue to suffer damage to its business, reputation, and good will, and loss of sales and profits Zane would realize but for Defendants' acts.

49. Monetary relief is not adequate to address fully the irreparable injury that Defendant's illegal actions have caused and will continue to cause Zane if not enjoined. Zane is entitled to preliminary and permanent injunctive relief to stop Defendants' unfair competition.

**COUNT THREE**

**FEDERAL TRADEMARK INFRINGEMENT (15 U.S.C. § 1114)**

50. The allegations of paragraphs 1-49 are incorporated herein by reference.

51. Defendants have, without the consent of Zane, used and continues to use in commerce, a colorable imitation of Zane' PowerCD® trademark in connection with the sale, offering for sale, distribution, and advertising of the Defendants' products.

52. Defendants' actions constitute willful infringement of Zane' exclusive rights in the PowerCD® trademark in violation of 15 U.S.C. § 1114.

53. Defendants' use of PowerCD, that is confusingly similar and/or a colorable imitation of Zane' PowerCD® trademark, has been and continues to be done with the intent to cause confusion, mistake, and to deceive customers concerning the source and/or sponsorship of Defendants' products.

54. As a direct and proximate result of Defendants' conduct, Zane has suffered irreparable harm to the valuable PowerCD® trademark and its reputation in the industry. Unless Defendants are restrained from further infringement of the PowerCD® trademark, Zane will continue to be irreparably harmed.

55. Zane has no adequate remedy at law that will compensate for the continued and irreparable harm it will suffer if Defendants' acts are allowed to continue.

56. As a direct and proximate result of Defendants' conduct, Zane has suffered damages to the valuable PowerCD® trademark, and other damages in an amount to be proved at trial.

## COUNT FOUR

## COMMON LAW UNFAIR COMPETITION

57. The allegations of paragraphs 1-56 are incorporated herein by reference.

58. Defendants' actions, including use of Zane's trademarks, Zane, PowerCD and American Concise Encyclopedia, constitute unfair competition, including trademark infringement, under common law. As a direct and proximate result of Defendants' infringing conduct, Zane has suffered and will continue to suffer lost sales and profits.

59. Zane has suffered and continues to suffer injury to its business reputation and goodwill for which no adequate remedy exists at law and for which Zane is entitled to injunctive relief.

## DEMAND FOR RELIEF

**WHEREFORE**, Zane demands entry of a judgment that:

A. Defendants' infringed Zane's copyrights under 17 U.S.C. § 501;

B. Defendants are liable to Zane for unfair competition under the Lanham Act and the common law;

C. Defendants are liable to Zane for federal trademark infringement;

D. Defendants' conduct has been willful and deliberate, including federal and common law unfair competition, trademark infringement and copyright infringement;

E. Defendants be required to account to Zane for any and all profits derived by them, royalties due and all damages sustained by Zane;

F. Defendants be ordered to pay over to Zane all damages which Zane has sustained as a consequence of Defendants' actions and all royalties due and that Zane be awarded Defendants' profits derived by reason of said acts;

G. Zane be awarded an assessment of exemplary damages and punitive damages against Defendants, together with an award of such exemplary damages and punitive damages;

H Treble damages be awarded due to Defendants' willful and deliberate actionable conduct;

I This case is "exceptional" in the sense of 15 U.S.C. § 1117(a),

J. Zane be awarded its attorney fees and prejudgment interest;

K. Enjoining Defendants, their agents, servants, employees, successors, licensees, subsidiaries, transferees, representatives, and assignees, and all those in active concert or participation with them, from:

i. Imitating, copying or making unauthorized use of trademarks or copyrights;

ii. Manufacturing, producing, distributing, or displaying any product bearing any simulation, reproduction, counterfeit, copy or colorable imitation of trademarks or copyrights;

iii. Doing or allowing any act or thing calculated or likely to cause confusion or mistake in the minds of members of the public or the trade, or prospective purchasers of Plaintiff's products, or likely to deceive members of the public or the trade, or prospective purchasers, into believing that there is some association between Zane and the Defendants' products;

iv. Further infringing Plaintiff's exclusive rights in Zane's trademarks and copyrights or otherwise competing unfairly with Plaintiff;

L. Enter an order, pursuant to 17 U.S.C. § 503(a), impounding all of Defendants' products that infringe Zane's copyrights, as well as any plates, molds, matrices, programs, or other articles by means of which copies of the works embodies in Zane's copyrights may be produced;

M. Defendants deliver for destruction all products, labels, signs, prints, packages, wrappers, and advertisements in the possession of Defendants, bearing Zane's trademarks, or any reproduction, counterfeit, copy or colorable imitation thereof, and all plates, molds, matrices and other means of making the same, shall be delivered up and destroyed, pursuant to 15 U.S.C. § 1118; and

N. Such other, different, and additional relief be granted as the Court deems equitable and proper.

**DEMAND FOR JURY TRIAL**

Zane hereby demands trial by jury for all issues so triable.

Respectfully submitted,

By: [signature]

Mark B. Mizrahi, Esq. (SBN 179384)
mmizrahi@brookskushman.com
BROOKS KUSHMAN P.C.
Howard Hughes Center
6701 Center Drive, Suite 610
Los Angeles, CA 90045
Tel: (310) 348-8200
Fax: (310) 846-4799

Mark A. Cantor (MI Bar No. P32661)
mcantor@brookskushman.com
Thomas W. Cunningham (MI Bar No. P57899)
tcunningham@brookskushman.com
BROOKS KUSHMAN P.C.
1000 Town Center, 22nd Floor
Southfield, MI 48075
Tel: (248) 358-4400
Fax: (248) 358-3351

Attorneys for Plaintiff
ZANE PUBLISHING, INC.

Date: 09-03-09

# EXHIBIT A

| Copyright No. | Copyrights |
|---|---|
| TX4-567-896 | Great Composers: Bach, Schumann, Rakhmaninov |
| TX4-567-891 | Great Composers: Mozart, Mendelssohn, Dvorak |
| TX4-567-944 | Great Composers: Beethoven, Grieg, Hanson |
| TX4-567-910 | History of Music: Through the Classical Period |
| TX4-567-911 | History of Music: Romanticism to Contemporary |
| TX4-567-903 | History of Music: Music and Culture |
| TX4-567-939 | History of Music: American Folk Music |
| p -V3453D881 | History of Music: History of Jazz |
| p -V3453D881 | History through Art: Ancient Greece |
| p -V3453D881 | History through Art: Ancient Rome |
| p -V3453D881 | History through Art: The Middle Ages |
| p -V3453D881 | History through Art: The Renaissance |
| p -V3453D881 | History through Art: The Baroque |
| p -V3453D881 | History through Art: The Enlightenment |
| p -V3453D881 | History through Art: Romanticism |
| p -V3453D881 | History through Art: The Twentieth Century |
| p -V3453D881 | History through Art: The Pre-Modern Era |
| p -V3453D881 | Great Works of Art Explained, Part I |
| p -V3453D881 | Great Works of Art Explained, Part II |
| TX4-567-843 | Myths & Legends: Greek Mythology I |
| TX4-567-871 | Myths & Legends: Greek Mythology II |
| p -V3453D881 | N.C. Wyeth's Illustrated Classics: *Robinson Crusoe*: Analytical/Expository Writing |
| p -V3453D881 | N.C. Wyeth's Illustrated Classics: *Treasure Island*: Sensory/Descriptive Writing |
| TX4-567-833 | American Literature: A Literary History: *Common Sense--The Last of the Mohicans* |
| TX4-567-928 | American Literature: A Literary History: *Little Women--The Call of the Wild* |
| TX4-567-937 | American Literature: A Literary History: *The Jungle--The Grapes of Wrath* |
| TX4-567-888 | American Literature: A Literary History: *Catch-22--The Color Purple* |
| TX4-567-855 | American Literature: Time, Life, & Works of Nathaniel Hawthorne |
| TX4-567-874 | American Literature: Time, Life, & Works of Henry David Thoreau |
| TX4-567-866 | American Literature: Time, Life, & Works of Ernest Hemingway |
| p -V3243P216-232 | British Literature: A Literary History: *Lyrical Ballads--Silas Marner* |
| p -V3243P216-232 | British Literature: A Literary History: *The War of the Worlds--Brave New World* |
| p -V3453D881 | British Literature: Time, Life, & Works of Geoffrey Chaucer |
| p -V3453D881 | British Literature: Time, Life, & Works of William Shakespeare |
| p -V3453D881 | British Literature: Time, Life, & Works of William Wordsworth |
| p -V3453D881 | British Literature: Time, Life, & Works of Charles Dickens |
| p -V3453D881 | British Literature: Time, Life, & Works of Thomas Hardy |
| TX4-567-935 | World Literature: The Ancient World--The Renaissance |
| TX4-567-842 | World Literature: The Enlightenment--The Twentieth Century |
| p -V3453D881 | The Writing Series: From the Classics--Great Themes |
| p -V3453D881 | The Writing Series: Short Story Writing |
| TX4-567-884 | Women in Literature: Heroines, Sirens, Shrews |
| TX4-567-883 | Women in Literature: Novelists, Playwrights, Poets |
| TX4-567-832 | Science Fiction and Fantasy |
| p -V3243P216-232 | Dr. Jekyll & Mr Hyde |
| TX4-567-845 | Literature As Art: Understanding Drama |
| TX4-567-847 | Literature As Art: Understanding Short Fiction |
| TX4-567-844 | Literature As Art: Understanding Poetry |
| p -V3453D881 | Literature As Art: Understanding Biographies |
| TX4-567-877 | Elementary Science: Animals |
| TX4-567-856 | Elementary Science: Plants |
| TX4-567-864 | Junior Science: Earth's Natural Resources |
| TX4-567-913 | Junior Science: Ecology I |
| TX4-567-917 | Junior Science: Ecology II |
| TX4-567-828 | Junior Science: The Earth |
| p -V3453D881 | Junior Science: Understanding Weather and Climate |
| TX4-567-860 | Junior Science: The Universe |
| TX4-567-850 | Junior Science: Plants & Animals |
| p -V3453D881 | Junior Science: Life Science Patterns |
| TX4-567-834 | Junior Science: The Oceans |
| p -V3453D881 | Junior Science: Introducing Oceanography |
| p -V3453D881 | Junior Science: The Amazing Coral Reef |
| p -V3453D881 | Junior Science: How Plants are Classified |
| p -V3453D881 | Junior Science: Introduction to the Microscope |
| TX4-567-912 | Isaac Asimov's Library of the Universe: Astronomy |
| TX4-567-907 | Isaac Asimov's Library of the Universe: Space Exploration |
| TX4-567-906 | Isaac Asimov's Library of the Universe: Space Speculation |
| TX4-567-923 | Isaac Asimov's Library of the Universe: The Universe |
| TX4-567-829 | Isaac Asimov's Library of the Universe: The Solar System |
| TX4-567-865 | Isaac Asimov's Library of the Universe: The Inner Planets |
| TX4-567-861 | Isaac Asimov's Library of the Universe: The Outer Planets |
| p -V3453D881 | What is Science?: What is Science? |
| p -V3453D881 | What is Science?: What is Biology? |
| TX4-567-828 | What is Science?: What is Earth Science? |
| p -V3453D881 | What is Science?: What is Physics? |
| p -V3453D881 | What is Science?: What is Chemistry? |
| p -V3243P216-232 | Survey of the Animal Kingdom: Insects--Springtails through Wasps and Bees |
| TX4-567-894 | Survey of the Animal Kingdom: Noninsect Arthropods and Echinoderms |

| Copyright No. | Copyrights |
|---|---|
| TX4-567-836 | Survey of the Animal Kingdom: Urochordates and Craniata through Fish |
| TX4-567-918 | Survey of the Animal Kingdom: Amphibians and Reptiles |
| TX4-567-859 | Survey of the Animal Kingdom: Birds--Ostriches through Guinea Fowl |
| TX4-567-839 | Survey of the Animal Kingdom: Birds--Cranes through Passerines |
| TX4-567-869 | Survey of the Animal Kingdom: Mammals--Echidna through Whales |
| TX4-567-851 | Survey of the Animal Kingdom: Mammals--Canids through Sheep |
| TX4-567-921 | Biological Sciences: The Five Kingdoms of Life |
| TX4-567-934 | Biological Sciences: Cell Biology I |
| TX4-567-840 | Biological Sciences: Cell Biology II |
| TX4-567-831 | Biological Sciences: Biochemistry I |
| TX4-567-849 | Biological Sciences: Biochemistry II |
| TX4-567-924 | Biological Sciences: Genetics |
| TX4-567-830 | Biological Sciences: Heredity |
| TX4-567-932 | Biological Sciences: Evolution |
| TX4-567-936 | Biological Sciences: Biomes I |
| TX4-567-837 | Biological Sciences: Biomes II |
| TX4-567-827 | Biological Sciences: Ecosystems |
| TX4-567-835 | Biological Sciences: Botany |
| TX4-567-848 | Biological Sciences: Plant Anatomy |
| p -V3453D881 | Elementary U.S. History: Exploring and Colonizing |
| p -V3453D881 | Elementary U.S. History: Becoming a Nation |
| p -V3453D881 | Elementary U.S. History: Expanding Our Nation |
| p -V3453D881 | Elementary U.S. History: Staying One Nation |
| p -V3453D881 | American Pioneering Experience: Covered Wagons and Westward Expansion |
| p -V3453D881 | Elementary World History: Cradles of Civilization |
| TX4-567-915 | Elementary World History: The Greek and Roman World |
| TX4-567-897 | U.S. History: Jacksonian Democracy |
| TX4-567-882 | U.S. History: The Civil War--Two Views |
| TX4-567-846 | U.S. History: Reconstruction |
| TX4-567-927 | U.S. History: The American West |
| TX4-567-854 | U.S. History: The Great Depression |
| TX4-567-890 | U.S. History: U.S. Government (1783 - 1865) |
| TX4-567-926 | U.S. History: U.S. Government (1866 - 1977) |
| TX4-567-876 | U.S. History: Foreign Policy (1788 - 1933) |
| TX4-567-875 | U.S. History: Foreign Policy (1933 - 1963) |
| TX4-567-922 | U.S. History: Social Reform Movements |
| | U.S. History: Discovering American History |
| TX4-567-863 | World History: European History: Columbus and the Age of Discovery |
| TX4-567-852 | World History: European History: The Thirty Years' War |
| TX4-567-916 | World History: European History: The French Revolution |
| TX4-567-938 | World History: European History: The Rise & Fall of the British Empire |
| TX4-567-886 | World History: European History: Imperialism |
| TX4-567-893 | World History: European History: The Making of the German Nation |
| TX4-567-857 | World History: European History: The Industrial Revolution |
| TX4-567-880 | World History: European History: The Scientific Revolution |
| TX4-567-878 | World History: Nineteenth Century: The Napoleonic Era |
| TX4-567-858 | World History: Nineteenth Century: Nineteenth-Century Nationalism |
| TX4-567-872 | World History: Nineteenth Century: The 1848 Revolutions |
| TX4-567-873 | World History: Nineteenth Century: The Victorian Era |
| TX4-567-867 | World History: Nineteenth Century: The Ideas of Karl Marx |
| TX4-567-895 | World History: Twentieth Century: Twentieth-Century Nationalism |
| TX4-567-889 | World History: Twentieth Century: The Russian Revolution |
| TX4-567-887 | World History: Twentieth Century: Causes of World War I |
| TX4-567-885 | World History: Twentieth Century: Fascist Dictatorships |
| TX4-567-920 | World History: Twentieth Century: Causes of World War II |
| p -V3243P216-232 | Crime Collection: World Encyclopedia of Organized Crime |
| p -V3243P216-232 | Crime Collection: World Encyclopedia of Con Artists & Confidence Games |
| p -V3243P216-232 | Crime Collection: Encyclopedia of Criminal Language |
| p -V3243P216-232 | Crime Collection: World Encyclopedia of 20th Century Murder |
| p -V3243P216-232 | Crime Collection: World Encyclopedia of Assassination |
| p -V3243P216-232 | Crime Collection: Encyclopedia of Western Lawmen & Outlaws |
| p -V3243P216-232 | Crime Collection: Encyclopedia of the JFK Assassination |
| p -V3453D881 | Religious Studies: Christianity and Civilization |
| p -V3453D881 | Religious Studies: Religions of the World |
| TX4-567-909 | U.S. Geography: The Land & Its People |
| TX4-567-900 | U.S. Geography: Alaska & Hawaii |
| TX4-567-931 | U.S. Geography: The Northeast |
| TX4-567-941 | U.S. Geography: The Southeast |
| p -V3453D881 | U.S. Geography: Florida: The Sunshine State |
| TX4-567-841 | U.S. Geography: The Midwest |
| TX4-567-905 | U.S. Geography: The Rockies |
| TX4-567-940 | U.S. Geography: The Southwest |
| TX4-567-881 | U.S. Geography: The West |
| p -V3453D881 | U.S. Geography: Texas: The Lone Star State |
| p -V3243P216-232 | American Concise Encyclopedia |
| p -V3243P216-232 | Multimedia POWERTALK! w/ Tony Robbins & Paul Zane Pilzer |