THOMAS R .BURKE (CA State Bar No. 141930)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California  94111
Telephone:      (415) 276-6500
Facsimile:      (415) 276-6599
Email:          thomasburke@dwt.com

Attorneys for Third Party Defendant DISCOVERY COMMUNICATIONS, LLC

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| ZANE PUBLISHING, INC., <br> A Texas Corporation, <br><br> Plaintiff, <br><br> v. <br><br> J.C. RESEARCH, INC., d/b/a FOGWARE PUBLISHING, a California Corporation and INNOVATIVE KNOWLEDGE, INC., a California Corporation, <br><br> Defendants. <br><br> J.C. RESEARCH, INC., d/b/a FOGWARE PUBLISHING, a California Corporation and INNOVATIVE KNOWLEDGE, INC., a California Corporation, <br><br> Third Party Plaintiffs, <br><br> v. <br><br> DISCOVERY COMMUNICATIONS, LLC, A Delaware limited liability company, <br><br> Third Party Defendant. | Case No.: CV-09-04115 SBA <br><br> **JOINT STUPILATED REQUEST FOR ORDER CHANGING TIME AND** |

WHEREAS, Zane Publishing, Inc. ("Plaintiff"), filed a complaint in the above-captioned matter against J.C. Research, Inc. d/b/a/ Fogware Publishing and Innovative Knowledge, Inc. (collectively "Defendants/Third Party Plaintiffs") on September 4, 2009;

1

WHEREAS, on September 4, 2009, the Court entered its Order Setting Initial Case Management Conference and ADR deadlines and set the Conference in this case for December 10, 2009;

WHEREAS, on September 10, 2009, the Court Clerk issued a notice changing the time for the Conference and notifying the parties that the Conference would take place by telephone;

WHEREAS, on October 2, 2009, Plaintiff and Defendants/Third Party Plaintiffs stipulated that the time for Defendants/Third Party Plaintiffs to respond to Plaintiff's complaint was thereby extended thirty (30) days to and including November 2, 2009;

WHEREAS, Defendants/Third Party Plaintiffs filed their answer and a third party complaint against Discovery Communications, LLC ("Third Party Defendant") on November 2, 2009;

WHEREAS, on November 16, 2009, Plaintiff and Third Party Plaintiff filed a joint stipulation to continue initial case management conference and ADR deadline to a time ordered by the court;

WHEREAS, pursuant to a stipulation filed in this Court on November 20, 2009, Defendants/Third Party Plaintiffs and Third Party Defendant agreed that the time for Third Party Defendant to answer or otherwise respond to the third party complaint was extended to and including January 11, 2010;

WHEREAS, pursuant to an order entered by this Court on December 9, 2009, the Case Management Conference initially scheduled for December 10, 2009, was continued to February 3, 2010 at 3:15 p.m.;

WHEREAS, Defendants/Third Party Plaintiffs and Third Party Defendant are currently and actively discussing settlement and an extension of time would allow the parties to continue such settlement discussions and would not further alter the schedule of this case;

The Parties, through their respective counsel and pursuant to Civil L.R. 6-2, HEREBY MAKE THIS STIPULATED REQUEST THAT

1.	The time for Third Party Defendant's response to Defendants/Third Party Plaintiffs' third

party complaint be extended thirty (30) days to and including February 10, 2010; and

    2.    The Case Management Conference scheduled February 3, 2010 at 3:15 p.m. be continued to March 3, 2010 or to any other date convenient for this Court.

Respectfully submitted this 22nd day of December, 2009.

Dated: December 22, 2009

DAVIS WRIGHT TREMAINE, LLP
By:___*/s/ Thomas R. Burke*_____
   Thomas R. Burke

Attorneys for Third Party Defendant Discovery Communications, LLC

Dated: December 22, 2009

VICTORIA L.H. BOOKE
By:___*/s/ Victoria L.H. Booke*_____
   Victoria L.H. Booke
   Fahmy & Booke
   606 North First St.
   San Jose, CA  95112
   408-286-7000
   Fax: 408-286-7111

Attorneys for Defendants/Third Party Plaintiffs J.C. Research, Inc. d/b/a/ Fogware Publishing and Innovative Knowledge, Inc.

Dated: December 22, 2009

BROOKS KUSHMAN P.C.
By:___*/s/ Mark Brian Mizrahi*_____
   Mark Brian Mizrahi
   Brooks Kushman P.C.
   6701 Center Drive
   Suite 610
   Los Angeles, CA 90045
   310-348-8200
   Fax: 310-846-4799

Attorneys for Plaintiff Zane Research, Inc.

///

///

///

///

///

3

Case No. CV-09-4115 SBA
JOINT STUPILATED REQUEST FOR ORDER CHANGING TIME

**ORDER**

PURSUANT TO THE STIPULATION, IT IS HEREBY ORDERED THAT:

1. The time for Third Party Defendant's response to Defendants/Third Party Plaintiffs' third party complaint is extended thirty (30) days to and including February 10, 2010; and

2. The Case Management Conference currently scheduled for February 3, 2010 shall be CONTINUED to **March 3, 2010, at 2:45 p.m.** The parties shall **meet and confer** prior to the conference and shall prepare a joint Case Management Conference Statement which shall be filed no later than ten (10) days prior to the Case Management Conference that complies with the Standing Order for All Judges of The Northern District of California and the Standing Order of this Court.  Plaintiff shall be responsible for filing the statement as well as for arranging the conference call.  All parties shall be on the line and shall call (510) 637-3559 at the above indicated date and time

Dated: __12/28/09

SAUNDRA BROWN ARMSTRONG
United States District Judge