THOMAS R .BURKE (CA State Bar No. 141930)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California  94111
Telephone:      (415) 276-6500
Facsimile:       (415) 276-6599
Email:            thomasburke@dwt.com

Attorneys for Third Party Defendant DISCOVERY COMMUNICATIONS, LLC

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| ZANE PUBLISHING, INC., A Texas Corporation, | Case No.: CV-09-04115 SBA |
| Plaintiff, | |
| v. | |
| J.C. RESEARCH, INC., d/b/a FOGWARE PUBLISHING, a California Corporation and INNOVATIVE KNOWLEDGE, INC., a California Corporation, | **JOINT STUPILATED REQUEST FOR ORDER CHANGING TIME AND ORDER** |
| Defendants. | |
| J.C. RESEARCH, INC., d/b/a FOGWARE PUBLISHING, a California Corporation and INNOVATIVE KNOWLEDGE, INC., a California Corporation, | |
| Third Party Plaintiffs, | |
| v. | |
| DISCOVERY COMMUNICATIONS, LLC, A Delaware limited liability company, | |
| Third Party Defendant. | |

WHEREAS, Zane Publishing, Inc. ("Plaintiff"), filed a complaint in the above-captioned matter against J.C. Research, Inc. d/b/a/ Fogware Publishing and Innovative Knowledge, Inc. (collectively "Defendants/Third Party Plaintiffs") on September 4, 2009;

1

1   WHEREAS, on September 4, 2009, the Court entered its Order Setting Initial Case Management Conference and ADR deadlines and set the Conference in this case for December 10, 2009;

WHEREAS, on September 10, 2009, the Court Clerk issued a notice changing the time for the Conference and notifying the parties that the Conference would take place by telephone;

WHEREAS, on October 2, 2009, Plaintiff and Defendants/Third Party Plaintiffs stipulated that the time for Defendants/Third Party Plaintiffs to respond to Plaintiff's complaint was thereby extended thirty (30) days to and including November 2, 2009;

WHEREAS, Defendants/Third Party Plaintiffs filed their answer and a third party complaint against Discovery Communications, LLC ("Third Party Defendant") on November 2, 2009;

WHEREAS, on November 16, 2009, Plaintiff and Third Party Plaintiff filed a joint stipulation to continue initial case management conference and ADR deadline to a time ordered by the court;

WHEREAS, pursuant to a stipulation filed in this Court on November 20, 2009, Defendants/Third Party Plaintiffs and Third Party Defendant agreed that the time for Third Party Defendant to answer or otherwise respond to the third party complaint was extended to and including January 11, 2010;

WHEREAS, pursuant to an order entered by this Court on December 9, 2009, the Case Management Conference initially scheduled for December 10, 2009, was continued to February 3, 2010 at 3:15 p.m.;

WHEREAS, pursuant to a stipulation filed in this Court on December 22, 2009, Defendants/Third Party Plaintiffs and Third Party Defendant agreed that the time for Third Party Defendant to answer or otherwise respond to the third party complaint was extended to and including February 10, 2010;

WHEREAS, pursuant to an order entered by this Court on December 28, 2009, the Case Management Conference initially scheduled for December 10, 2009 and rescheduled to February 3,

2010 at 3:15 p.m. was continued to March 3, 2010 at 2:45 p.m.;

WHEREAS, Defendants/Third Party Plaintiffs and Third Party Defendant are currently and actively discussing settlement and an extension of time would allow the parties to continue such settlement discussions and would not further alter the schedule of this case;

The Parties, through their respective counsel and pursuant to Civil L.R. 6-2, HEREBY MAKE THIS STIPULATED REQUEST THAT

1. The time for Third Party Defendant's response to Defendants/Third Party Plaintiffs' third party complaint be extended thirty (30) days to and including March 12, 2010; and

2. The Case Management Conference scheduled March 3, 2010 at 2:45 p.m. be continued to April 2, 2010 or to any other date convenient for this Court.

Respectfully submitted this 3rd day of February, 2010.

Dated: February 3, 2010

DAVIS WRIGHT TREMAINE, LLP
By:___/s/ Thomas R. Burke_____
     Thomas R. Burke

Attorneys for Third Party Defendant Discovery Communications, LLC

Dated: February 3, 2010

VICTORIA L.H. BOOKE
By:___/s/ Victoria L.H. Booke_____
     Victoria L.H. Booke
     Fahmy & Booke
     606 North First St.
     San Jose, CA  95112
     408-286-7000
     Fax: 408-286-7111

Attorneys for Defendants/Third Party Plaintiffs J.C. Research, Inc. d/b/a/ Fogware Publishing and Innovative Knowledge, Inc.

3

Case No. CV-09-4115 SBA
JOINT STUPILATED REQUEST FOR ORDER CHANGING TIME

| | |
|---|---|
| Dated: February 3, 2010 | BROOKS KUSHMAN P.C.<br>By: ___/s/ Mark Brian Mizrahi_____<br>Mark Brian Mizrahi<br>Brooks Kushman P.C.<br>6701 Center Drive<br>Suite 610<br>Los Angeles, CA 90045<br>310-348-8200<br>Fax: 310-846-4799<br><br>Attorneys for Plaintiff Zane Research, Inc. |

**ORDER**

PURSUANT TO THE PARTIES' STIPULATION, IT IS HEREBY ORDERED THAT:

(1)   The time for Third Party Defendant's response to Defendants/Third Party Plaintiffs' third party complaint be extended thirty (30) days to and including March 12, 2010; and

(2)   The Case Management Conference currently scheduled for March 3, 2010, shall be CONTINUED to **April 14, 2010, at 3:00 p.m.** The parties shall **meet and confer** prior to the conference and shall prepare a joint Case Management Conference Statement which shall be filed no later than ten (10) days prior to the Case Management Conference that complies with the Standing Order For All Judges Of The Northern District Of California and the Standing Order of this Court.  Plaintiff shall be responsible for filing the statement.

IT IS SO ORDERED.

Dated: February16, 2010                                          _____
                                                                                    SAUNDRA BROWN ARMSTRONG
                                                                                    United States District Judge

4

Case No. CV-09-4115 SBA
JOINT STUPILATED REQUEST FOR ORDER CHANGING TIME