THOMAS R .BURKE (CA State Bar No. 141930)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California  94111
Telephone:     (415) 276-6500
Facsimile:      (415) 276-6599
Email:            thomasburke@dwt.com

Attorneys for Third Party Defendant DISCOVERY COMMUNICATIONS, LLC

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| ZANE PUBLISHING, INC., A Texas Corporation, | Case No.: CV-09-04115 SBA |
| Plaintiff, | |
| v. | |
| J.C. RESEARCH, INC., d/b/a FOGWARE PUBLISHING, a California Corporation and INNOVATIVE KNOWLEDGE, INC., a California Corporation, | **JOINT STUPILATED REQUEST FOR ORDER CHANGING TIME AND ORDER** |
| Defendants. | |
| J.C. RESEARCH, INC., d/b/a FOGWARE PUBLISHING, a California Corporation and INNOVATIVE KNOWLEDGE, INC., a California Corporation, | |
| Third Party Plaintiffs, | |
| v. | |
| DISCOVERY COMMUNICATIONS, LLC, A Delaware limited liability company, | |
| Third Party Defendant. | |

WHEREAS, Zane Publishing, Inc. ("Plaintiff") filed a complaint in the above-captioned matter against J.C. Research, Inc. d/b/a/ Fogware Publishing and Innovative Knowledge, Inc. (collectively "Defendants/Third Party Plaintiffs") on September 4, 2009;

1

WHEREAS, on September 4, 2009, the Court entered its Order Setting Initial Case Management Conference and ADR deadlines and set the Conference in this case for December 10, 2009;

WHEREAS, on September 10, 2009, the Court Clerk issued a notice changing the time for the Conference and notifying the parties that the Conference would take place by telephone;

WHEREAS, on October 2, 2009, Plaintiff and Defendants/Third Party Plaintiffs stipulated that the time for Defendants/Third Party Plaintiffs to respond to Plaintiff's complaint was thereby extended thirty (30) days to and including November 2, 2009;

WHEREAS, Defendants/Third Party Plaintiffs filed their answer and a third party complaint against Discovery Communications, LLC and Roes 1-10 ("Third Party Defendant") on November 2, 2009;

WHEREAS, on November 16, 2009, Plaintiff and Third Party Plaintiffs filed a joint stipulation to continue the Initial Case Management Conference and ADR deadline to a time ordered by the Court;

WHEREAS, pursuant to an order entered by this Court on December 9, 2009, the Case Management Conference initially scheduled for December 10, 2009, was continued to February 3, 2010, at 3:15 p.m.;

WHEREAS, pursuant to a stipulation filed in this Court on December 22, 2009, Plaintiff, Defendants/Third Party Plaintiffs and Third Party Defendant agreed that the time for Third Party Defendant to answer or otherwise respond to the third party complaint was extended to and including February 10, 2010;

WHEREAS, pursuant to an order entered by this Court on December 28, 2009, the Case Management Conference initially scheduled for December 10, 2009 and rescheduled to February 3, 2010, at 3:15 p.m. was continued to March 3, 2010, at 2:45 p.m.;

WHEREAS, pursuant to a stipulation filed in this Court on February 3, 2010, Plaintiff, Defendants/Third Party Plaintiffs and Third Party Defendant agreed that the time for Third Party

1  Defendant to answer or otherwise respond to the third party complaint was extended to and including

2  March 12, 2010;

3      WHEREAS, pursuant to an order entered by this Court on February 16, 2010, the Case

4  Management Conference initially scheduled for December 10, 2009, and rescheduled to February 3,

5  2010, at 3:15 p.m. and then March 3, 2010, at 2:45 p.m. was rescheduled for April 14, 2010;

6      WHEREAS, Plaintiff, Defendants/Third Party Plaintiffs and Third Party Defendant are currently

7  and actively discussing settlement and an extension of time would allow the parties to continue such

8  settlement discussions and would not further alter the schedule of this case;

9      The parties, through their respective counsel and pursuant to Civil L.R. 6-2, HEREBY MAKE

10 THIS STIPULATED REQUEST THAT

11     1.     The time for Third Party Defendant's response to Defendants/Third Party Plaintiffs' third

12 party complaint be extended fourteen (14) days to and including March 26, 2010; and

13     2.     The Case Management Conference scheduled April 14, 2010, at 2:45 p.m. be continued

14 to April 28, 2010, or to any other date convenient for this Court.

15     Respectfully submitted this 9th day of March, 2010.

Dated: March 9, 2010

DAVIS WRIGHT TREMAINE, LLP
By:___/s/ Thomas R. Burke_____
   Thomas R. Burke

Attorneys for Third Party Defendant Discovery Communications, LLC

Dated: March 9, 2010

VICTORIA L.H. BOOKE
By:___/s/ Victoria L.H. Booke_____
   Victoria L.H. Booke
   Fahmy & Booke
   606 North First St.
   San Jose, CA  95112
   408-286-7000
   Fax: 408-286-7111

Attorneys for Defendants/Third Party Plaintiffs J.C. Research, Inc. d/b/a/ Fogware Publishing and Innovative Knowledge, Inc.

Dated: March 9, 2010

BROOKS KUSHMAN P.C.
By:   /s/ *Mark Brian Mizrahi*
   Mark Brian Mizrahi
   Brooks Kushman P.C.
   6701 Center Drive
   Suite 610
   Los Angeles, CA 90045
   310-348-8200
   Fax: 310-846-4799

Attorneys for Plaintiff Zane Research, Inc.

### **ORDER**

PURSUANT TO THE PARTIES' STIPULATION,

IT IS HEREBY ORDERED THAT:

1. The time for Third Party Defendant's response to Defendants/Third Party Plaintiffs' third party complaint be extended fourteen (14) days to and including March 26, 2010; and

2. The Case Management Conference currently scheduled for April 14, 2010 shall be CONTINUED to **April 29, 2010, at 3:30 p.m.** The parties shall meet and confer prior to the conference and shall prepare a joint Case Management Conference Statement which shall be filed no later than ten (10) days prior to the Case Management Conference that complies with the Standing Order For All Judges Of The Northern District Of California and the Standing Order of this Court. Plaintiff shall be responsible for filing the statement as well as for arranging the conference call. All parties shall be on the line and shall call (510) 637-3559 at the above indicated date and time.

IT IS SO ORDERED.

Dated:_3/15/10

                    *Saundra B. Armstrong*
Hon. Saundra B. Armstrong

Case No. CV-09-4115 SBA
JOINT STUPILATED REQUEST FOR ORDER CHANGING TIME