THOMAS R .BURKE (CA State Bar No. 141930)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California  94111
Telephone:     (415) 276-6500
Facsimile:     (415) 276-6599
Email:          thomasburke@dwt.com

Attorneys for Third Party Defendant DISCOVERY COMMUNICATIONS, LLC

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| ZANE PUBLISHING, INC., <br> A Texas Corporation, | Case No.: CV-09-04115 SBA |
| Plaintiff, | |
| v. | |
| J.C. RESEARCH, INC., d/b/a FOGWARE PUBLISHING, a California Corporation and INNOVATIVE KNOWLEDGE, INC., a California Corporation, | **JOINT STUPILATED REQUEST FOR ORDER CHANGING TIME AND (ORDER)** |
| Defendants. | |
| J.C. RESEARCH, INC., d/b/a FOGWARE PUBLISHING, a California Corporation and INNOVATIVE KNOWLEDGE, INC., a California Corporation, | |
| Third Party Plaintiffs, | |
| v. | |
| DISCOVERY COMMUNICATIONS, LLC, <br> A Delaware limited liability company, | |
| Third Party Defendant. | |

WHEREAS, Zane Publishing, Inc. ("Plaintiff") filed a complaint in the above-captioned matter against J.C. Research, Inc. d/b/a/ Fogware Publishing and Innovative Knowledge, Inc. (collectively "Defendants/Third Party Plaintiffs") on September 4, 2009;

1

WHEREAS, on September 4, 2009, the Court entered its Order Setting Initial Case Management Conference and ADR deadlines and set the Conference in this case for December 10, 2009;

WHEREAS, on September 10, 2009, the Court Clerk issued a notice changing the time for the Conference and notifying the parties that the Conference would take place by telephone;

WHEREAS, on October 2, 2009, Plaintiff and Defendants/Third Party Plaintiffs stipulated that the time for Defendants/Third Party Plaintiffs to respond to Plaintiff's complaint was thereby extended thirty (30) days to and including November 2, 2009;

WHEREAS, Defendants/Third Party Plaintiffs filed their answer and a third party complaint against Discovery Communications, LLC and Roes 1-10 ("Third Party Defendant") on November 2, 2009;

WHEREAS, on November 16, 2009, Plaintiff and Third Party Plaintiffs filed a joint stipulation to continue the Initial Case Management Conference and ADR deadline to a time ordered by the Court;

WHEREAS, pursuant to an order entered by this Court on December 9, 2009, the Case Management Conference initially scheduled for December 10, 2009, was continued to February 3, 2010, at 3:15 p.m.;

WHEREAS, pursuant to a stipulation filed in this Court on December 22, 2009, Plaintiff, Defendants/Third Party Plaintiffs and Third Party Defendant agreed that the time for Third Party Defendant to answer or otherwise respond to the third party complaint was extended to and including February 10, 2010;

WHEREAS, pursuant to an order entered by this Court on December 28, 2009, the Case Management Conference initially scheduled for December 10, 2009 and rescheduled to February 3, 2010, at 3:15 p.m. was continued to March 3, 2010, at 2:45 p.m.;

WHEREAS, pursuant to a stipulation filed in this Court on February 3, 2010, Plaintiff, Defendants/Third Party Plaintiffs and Third Party Defendant agreed that the time for Third Party

Case No. CV-09-4115 SBA
JOINT STUPILATED REQUEST FOR ORDER CHANGING TIME

Defendant to answer or otherwise respond to the third party complaint was extended to and including March 12, 2010;

WHEREAS, pursuant to an order entered by this Court on February 16, 2010, the Case Management Conference initially scheduled for December 10, 2009, and rescheduled to February 3, 2010, at 3:15 p.m. and then March 3, 2010, at 2:45 p.m. was rescheduled for April 14, 2010;

WHEREAS, pursuant to a stipulation filed in this Court on March 9, 2010, Plaintiff, Defendants/Third Party Plaintiffs and Third Party Defendant agreed that the time for Third Party Defendant to answer or otherwise respond to the third party complaint was extended to and including March 26, 2010;

WHEREAS, pursuant to an order entered by this Court on March 17, 2010, the Case Management Conference initially scheduled for December 10, 2009, and rescheduled to February 3, 2010, at 3:15 p.m. and then March 3, 2010, at 2:45 p.m. and then April 14, 2010 was rescheduled for April 29, 2010 at 3:30 p.m.;

WHEREAS, pursuant to a stipulation filed in this Court on March 22, 2010, Plaintiff, Defendants/Third Party Plaintiffs and Third Party Defendant agreed that the time for Third Party Defendant to answer or otherwise respond to the third party complaint was extended to and including April 9, 2010;

WHEREAS, pursuant to an order entered by this Court on March 31, 2010, the Case Management Conference initially scheduled for December 10, 2009, and rescheduled to February 3, 2010, at 3:15 p.m. and then March 3, 2010, at 2:45 p.m. and then April 14, 2010 and then April 29, 2010 at 3:30 p.m. was rescheduled for June 9, 2010 at 2:45 p.m.;

WHEREAS, pursuant to a stipulation filed in this Court on April 6, 2010, Plaintiff, Defendants/Third Party Plaintiffs and Third Party Defendant agreed that the time for Third Party Defendant to answer or otherwise respond to the third party complaint was extended to and including

1    April 23, 2010;

2           WHEREAS, Plaintiff, Defendants/Third Party Plaintiffs and Third Party Defendant are currently

3    and actively discussing settlement and an extension of time would allow the parties to continue such

4    settlement discussions and would not further alter the schedule of this case;

5

6           The parties, through their respective counsel and pursuant to Civil L.R. 6-2, HEREBY MAKE

7    THIS STIPULATED REQUEST THAT

8           1.      The time for Third Party Defendant's response to Defendants/Third Party Plaintiffs' third

9    party complaint be extended forty-five (45) days to and including June 7, 2010.

10          2.      The Case Management Conference scheduled for June 9, 2010, at 2:45 p.m. be continued

11   to any date convenient for this Court.

12          Respectfully submitted this 22nd day of April, 2010.

13

14   Dated:  April 22, 2010          DAVIS WRIGHT TREMAINE, LLP
                                      By:____/s/ Thomas R. Burke_____
15                                         Thomas R. Burke

16                                    Attorneys for Third Party Defendant Discovery
                                      Communications, LLC

17   Dated:  April 22, 2010          VICTORIA L.H. BOOKE
                                      By:____/s/ Victoria L.H. Booke_____
18                                         Victoria L.H. Booke
19                                         Fahmy & Booke
                                           606 North First St.
20                                         San Jose, CA  95112
                                           408-286-7000
21                                         Fax: 408-286-7111

22                                    Attorneys for Defendants/Third Party Plaintiffs
                                      J.C. Research, Inc. d/b/a/ Fogware Publishing
23                                    and Innovative Knowledge, Inc.

24

25

26

27

28

4

Dated: April 22, 2010                  BROOKS KUSHMAN P.C.
                                       By:_____/s/ Mark Brian Mizrahi_____
                                          Mark Brian Mizrahi
                                          Brooks Kushman P.C.
                                          6701 Center Drive
                                          Suite 610
                                          Los Angeles, CA 90045
                                          310-348-8200
                                          Fax: 310-846-4799

                                       Attorneys for Plaintiff Zane Research, Inc.

## ORDER

PURSUANT TO THE PARTIES' STIPULATION, IT IS HEREBY ORDERED THAT:

1.      The time for Third Party Defendant's response to Defendants/Third Party

Plaintiffs' third party complaint is extended forty-five (45) days to and including June 7,

2010; and

2.      The Case Management Conference currently scheduled for June 9, 2010 shall be

CONTINUED to **July 22, 2010, at 2:45 p.m.** The parties shall **meet and confer** prior to

the conference and shall prepare a joint Case Management Conference Statement which

shall be filed no later than ten (10) days prior to the Case Management Conference that

complies with the Standing Order For All Judges Of The Northern District Of California

and the Standing Order of this Court.  Plaintiff shall be responsible for filing the

statement as well as for arranging the conference call.  All parties shall be on the line and

shall call (510) 637-3559 at the above indicated date and time.

Dated:4/27/10                          _____
                                       SAUNDRA BROWN ARMSTRONG
                                       United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Case No. CV-09-4115 SBA
JOINT STUPILATED REQUEST FOR ORDER CHANGING TIME