1 | VICTORIA BOOKE (CA State Bar No. 142518)
2 | FAHMY & BOOKE
  | 606 North First Street
3 | San Jose, CA 95112
  | Telephone:   (408) 286-7000
4 | Facsimile:    (408) 286-7111
  | Email:         vbooke@gmail.com
5 |
6 | Attorneys for Defendants/Third Party Plaintiffs J.C. RESEARCH, INC., d/b/a FOGWARE PUBLISHING, a California Corporation and INNOVATIVE KNOWLEDGE, INC., a California Corporation

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| ZANE PUBLISHING, INC., A Texas Corporation, | Case No.: CV-09-04115 SBA |
| Plaintiff, | |
| v. | |
| J.C. RESEARCH, INC., d/b/a FOGWARE PUBLISHING, a California Corporation and INNOVATIVE KNOWLEDGE, INC., a California Corporation, | **JOINT STUPILATED REQUEST FOR ORDER CHANGING TIME AND ORDER** |
| Defendants. | |
| J.C. RESEARCH, INC., d/b/a FOGWARE PUBLISHING, a California Corporation and INNOVATIVE KNOWLEDGE, INC., a California Corporation, | |
| Third Party Plaintiffs, | |
| v. | |
| DISCOVERY COMMUNICATIONS, LLC, A Delaware limited liability company, | |
| Third Party Defendant. | |

WHEREAS, Zane Publishing, Inc. ("Plaintiff") filed a complaint in the above-captioned matter against J.C. Research, Inc. d/b/a/ Fogware Publishing and Innovative Knowledge, Inc. (collectively "Defendants/Third Party Plaintiffs") on September 4, 2009;

1

WHEREAS, on September 4, 2009, the Court entered its Order Setting Initial Case Management Conference and ADR deadlines and set the Conference in this case for December 10, 2009;

WHEREAS, on September 10, 2009, the Court Clerk issued a notice changing the time for the Conference and notifying the parties that the Conference would take place by telephone;

WHEREAS, on October 2, 2009, Plaintiff and Defendants/Third Party Plaintiffs stipulated that the time for Defendants/Third Party Plaintiffs to respond to Plaintiff's complaint was thereby extended thirty (30) days to and including November 2, 2009;

WHEREAS, Defendants/Third Party Plaintiffs filed their answer and a third party complaint against Discovery Communications, LLC and Roes 1-10 ("Third Party Defendant") on November 2, 2009;

WHEREAS, on November 16, 2009, Plaintiff and Third Party Plaintiffs filed a joint stipulation to continue the Initial Case Management Conference and ADR deadline to a time ordered by the Court;

WHEREAS, pursuant to an order entered by this Court on December 9, 2009, the Case Management Conference initially scheduled for December 10, 2009, was continued to February 3, 2010, at 3:15 p.m.;

WHEREAS, pursuant to a stipulation filed in this Court on December 22, 2009, Plaintiff, Defendants/Third Party Plaintiffs and Third Party Defendant agreed that the time for Third Party Defendant to answer or otherwise respond to the third party complaint was extended to and including February 10, 2010;

WHEREAS, pursuant to an order entered by this Court on December 28, 2009, the Case Management Conference initially scheduled for December 10, 2009 and rescheduled to February 3, 2010, at 3:15 p.m. was continued to March 3, 2010, at 2:45 p.m.;

WHEREAS, pursuant to a stipulation filed in this Court on February 3, 2010, Plaintiff, Defendants/Third Party Plaintiffs and Third Party Defendant agreed that the time for Third Party

2

1  Defendant to answer or otherwise respond to the third party complaint was extended to and including
2  March 12, 2010;
3     WHEREAS, pursuant to an order entered by this Court on February 16, 2010, the Case
4  Management Conference initially scheduled for December 10, 2009, and rescheduled to February 3,
5  2010, at 3:15 p.m. and then March 3, 2010, at 2:45 p.m. was rescheduled for April 14, 2010;
6     WHEREAS, pursuant to a stipulation filed in this Court on March 9, 2010, Plaintiff,
7  Defendants/Third Party Plaintiffs and Third Party Defendant agreed that the time for Third Party
8  Defendant to answer or otherwise respond to the third party complaint was extended to and including
9  March 26, 2010;
10    WHEREAS, pursuant to an order entered by this Court on March 17, 2010, the Case
11 Management Conference initially scheduled for December 10, 2009, and rescheduled to February 3,
12 2010, at 3:15 p.m. and then March 3, 2010, at 2:45 p.m. and then April 14, 2010 was rescheduled for
13 April 29, 2010 at 3:30 p.m.;
14    WHEREAS, pursuant to a stipulation filed in this Court on March 22, 2010, Plaintiff,
15 Defendants/Third Party Plaintiffs and Third Party Defendant agreed that the time for Third Party
16 Defendant to answer or otherwise respond to the third party complaint was extended to and including
17 April 9, 2010;
18    WHEREAS, pursuant to an order entered by this Court on March 31, 2010, the Case
19 Management Conference initially scheduled for December 10, 2009, and rescheduled to February 3,
20 2010, at 3:15 p.m. and then March 3, 2010, at 2:45 p.m. and then April 14, 2010 and then April 29, 2010
21 at 3:30 p.m. was rescheduled for June 9, 2010 at 2:45 p.m.;
22    WHEREAS, pursuant to a stipulation filed in this Court on April 6, 2010, Plaintiff,
23 Defendants/Third Party Plaintiffs and Third Party Defendant agreed that the time for Third Party
24 Defendant to answer or otherwise respond to the third party complaint was extended to and including

3

Case No. CV-09-4115 SBA
JOINT STIPULATED REQUEST FOR ORDER CHANGING TIME

April 23, 2010;

WHEREAS pursuant to a stipulation filed in this Court on April 22, 2010, Plaintiff, Defendants/Third Party Plaintiffs and Third Party Defendant agreed that the time for Third Party Defendant to answer or otherwise respond to the third party complaint was extended to an including June 7, 2010;

WHEREAS, pursuant to an order entered by this Court on April 27, 2010, the Case Management Conference initially scheduled for December 10, 2009, and rescheduled to February 3, 2010, at 3:15 p.m. and then March 3, 2010, at 2:45 p.m. and then April 14, 2010 and then April 29, 2010 at 3:30 p.m. and then June 9, 2010 at 2:45p.m. was rescheduled for July 22, 2010 at 2:45 p.m.;

WHEREAS, Third Party Defendant, Discovery Communications, LLC, filed Third Party Defendants' Answer, Counterclaims Against Third Party Plaintiffs, and Claims Against Plaintiff on June 7, 2010;

WHEREAS, Plaintiff, Defendants/Third Party Plaintiffs and Third Party Defendant are currently and actively discussing settlement and an extension of time would allow the parties to continue such settlement discussions and would not further alter the schedule of this case;

The parties, through their respective counsel and pursuant to Civil L.R. 6-2, HEREBY MAKE THIS STIPULATED REQUEST THAT

1. The time for Defendant/Third Party Plaintiff's (J.C. Research, Inc. d/b/a/ Fogware Publishing and Innovative Knowledge, Inc) as well as Plaintiff's (Zane Publishing, Inc.) response to Third Party Defendant's Counterclaims Against Third Party Plaintiff and Plaintiff be extended forty-five (45) days to and including August 12, 2010.

2. The Case Management Conference scheduled for July 22, 2010, at 2:45 p.m. be continued to any date convenient for this Court taking in to consideration that pre-established vacation schedules make counsel unavailable from August 7, 2010 through August 30, 2010.

Respectfully submitted this 28th day of June, 2010.

4

Case No. CV-09-4115 SBA
JOINT STIPULATED REQUEST FOR ORDER CHANGING TIME

| | |
|---|---|
| Dated: June 25, 2010 | DAVIS WRIGHT TREMAINE, LLP<br>By:___/s/ Laura Handman_____<br>   Laura Handman<br>   Davis Wright Tremaine LLP<br>   1919 Pennsylvania Ave NW #800<br>   Washington, DC  20006<br><br>   Attorneys for Third Party Defendant Discovery<br>   Communications, LLC |
| Dated: June 25, 2010 | VICTORIA L.H. BOOKE<br>By:___/s/ Victoria L.H. Booke_____<br>   Victoria L.H. Booke<br>   Fahmy & Booke<br>   606 North First St.<br>   San Jose, CA  95112<br>   408-286-7000<br>   Fax: 408-286-7111<br><br>   Attorneys for Defendants/Third Party Plaintiffs<br>   J.C. Research, Inc. d/b/a/ Fogware Publishing<br>   and Innovative Knowledge, Inc. |

Dated: June 25, 2010

BROOKS KUSHMAN P.C.
By: ___/s/ Mark Brian Mizrahi_____
Mark Brian Mizrahi
Brooks Kushman P.C.
6701 Center Drive
Suite 610
Los Angeles, CA 90045
310-348-8200
Fax: 310-846-4799

Attorneys for Plaintiff Zane Research, Inc.

**ORDER**

PURSUANT TO THE PARTIES' STIPULATION, IT IS HEREBY ORDERED THAT:

1.  The time for Defendant/Third Party Plaintiff's (J.C. Research, Inc. d/b/a/ Fogware Publishing and Innovative Knowledge, Inc) as well as Plaintiff's (Zane Publishing, Inc.) response to Third Party Defendant's Counterclaims Against Third Party Plaintiff and Plaintiff be extended forty-five (45) days to and including August 12, 2010; and

2.  The Case Management Conference scheduled for July 22, 2010 at 2:45p.m. is hereby CONTINUED to **October 7, 2010 at 3:15 p.m.**  The parties shall meet and confer prior to the conference and shall prepare a joint Case Management Conference Statement which shall be filed no later than ten (10) days prior to the Case Management Conference that complies with the Standing Order for All Judges of the Northern District of California and the Standing Order of this Court.  Plaintiff shall be responsible for filing the statement as well as for arranging the conference call.  All parties shall be on the line and shall call (510) 637-3559 at the above indicated date and time.

1  IT IS SO ORDERED.

2  Dated: 6/29/10

3  _____
SAUNDRA BROWN ARMSTRONG
United States District Judge