VICTORIA BOOKE (CA State Bar No. 142518)
FAHMY & BOOKE
606 North First Street
San Jose, CA 95112
Telephone:   (408) 286-7000
Facsimile:   (408) 286-7111
Email:       vbooke@gmail.com

Attorneys for Defendants/Third Party Plaintiffs J.C. RESEARCH, INC., d/b/a FOGWARE PUBLISHING, a California Corporation and INNOVATIVE KNOWLEDGE, INC., a California Corporation

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| ZANE PUBLISHING, INC., A Texas Corporation, | Case No.: CV-09-04115 SBA |
| Plaintiff, | |
| v. | |
| J.C. RESEARCH, INC., d/b/a FOGWARE PUBLISHING, a California Corporation and INNOVATIVE KNOWLEDGE, INC., a California Corporation, | **JOINT STUPILATED REQUEST FOR ORDER CHANGING TIME FOR PLAINTIFF TO RESPOND TO CROSS_CLAIMS AND (ORDER)** |
| Defendants. | |
| J.C. RESEARCH, INC., d/b/a FOGWARE PUBLISHING, a California Corporation and INNOVATIVE KNOWLEDGE, INC., a California Corporation, | |
| Third Party Plaintiffs, | |
| v. | |
| DISCOVERY COMMUNICATIONS, LLC, A Delaware limited liability company, | |
| Third Party Defendant. | |

WHEREAS, Zane Publishing, Inc. ("Plaintiff") filed a complaint in the above-captioned matter against J.C. Research, Inc. d/b/a/ Fogware Publishing and Innovative Knowledge, Inc. (collectively "Defendants/Third Party Plaintiffs") on September 4, 2009;

1

WHEREAS, on September 4, 2009, the Court entered its Order Setting Initial Case Management Conference and ADR deadlines and set the Conference in this case for December 10, 2009;

WHEREAS, on September 10, 2009, the Court Clerk issued a notice changing the time for the Conference and notifying the parties that the Conference would take place by telephone;

WHEREAS, on October 2, 2009, Plaintiff and Defendants/Third Party Plaintiffs stipulated that the time for Defendants/Third Party Plaintiffs to respond to Plaintiff's complaint was thereby extended thirty (30) days to and including November 2, 2009;

WHEREAS, Defendants/Third Party Plaintiffs filed their answer and a third party complaint against Discovery Communications, LLC and Roes 1-10 ("Third Party Defendant") on November 2, 2009;

WHEREAS, on November 16, 2009, Plaintiff and Third Party Plaintiffs filed a joint stipulation to continue the Initial Case Management Conference and ADR deadline to a time ordered by the Court;

WHEREAS, pursuant to an order entered by this Court on December 9, 2009, the Case Management Conference initially scheduled for December 10, 2009, was continued to February 3, 2010, at 3:15 p.m.;

WHEREAS, pursuant to a stipulation filed in this Court on December 22, 2009, Plaintiff, Defendants/Third Party Plaintiffs and Third Party Defendant agreed that the time for Third Party Defendant to answer or otherwise respond to the third party complaint was extended to and including February 10, 2010;

WHEREAS, pursuant to an order entered by this Court on December 28, 2009, the Case Management Conference initially scheduled for December 10, 2009 and rescheduled to February 3, 2010, at 3:15 p.m. was continued to March 3, 2010, at 2:45 p.m.;

WHEREAS, pursuant to a stipulation filed in this Court on February 3, 2010, Plaintiff, Defendants/Third Party Plaintiffs and Third Party Defendant agreed that the time for Third Party

2

Case No. CV-09-4115 SBA
JOINT STUPILATED REQUEST FOR ORDER CHANGING TIME

Defendant to answer or otherwise respond to the third party complaint was extended to and including March 12, 2010;

WHEREAS, pursuant to an order entered by this Court on February 16, 2010, the Case Management Conference initially scheduled for December 10, 2009, and rescheduled to February 3, 2010, at 3:15 p.m. and then March 3, 2010, at 2:45 p.m. was rescheduled for April 14, 2010;

WHEREAS, pursuant to a stipulation filed in this Court on March 9, 2010, Plaintiff, Defendants/Third Party Plaintiffs and Third Party Defendant agreed that the time for Third Party Defendant to answer or otherwise respond to the third party complaint was extended to and including March 26, 2010;

WHEREAS, pursuant to an order entered by this Court on March 17, 2010, the Case Management Conference initially scheduled for December 10, 2009, and rescheduled to February 3, 2010, at 3:15 p.m. and then March 3, 2010, at 2:45 p.m. and then April 14, 2010 was rescheduled for April 29, 2010 at 3:30 p.m.;

WHEREAS, pursuant to a stipulation filed in this Court on March 22, 2010, Plaintiff, Defendants/Third Party Plaintiffs and Third Party Defendant agreed that the time for Third Party Defendant to answer or otherwise respond to the third party complaint was extended to and including April 9, 2010;

WHEREAS, pursuant to an order entered by this Court on March 31, 2010, the Case Management Conference initially scheduled for December 10, 2009, and rescheduled to February 3, 2010, at 3:15 p.m. and then March 3, 2010, at 2:45 p.m. and then April 14, 2010 and then April 29, 2010 at 3:30 p.m. was rescheduled for June 9, 2010 at 2:45 p.m.;

WHEREAS, pursuant to a stipulation filed in this Court on April 6, 2010, Plaintiff, Defendants/Third Party Plaintiffs and Third Party Defendant agreed that the time for Third Party Defendant to answer or otherwise respond to the third party complaint was extended to and including

April 23, 2010;

WHEREAS pursuant to a stipulation filed in this Court on April 22, 2010, Plaintiff, Defendants/Third Party Plaintiffs and Third Party Defendant agreed that the time for Third Party Defendant to answer or otherwise respond to the third party complaint was extended to an including June 7, 2010;

WHEREAS, pursuant to an order entered by this Court on April 27, 2010, the Case Management Conference initially scheduled for December 10, 2009, and rescheduled to February 3, 2010, at 3:15 p.m. and then March 3, 2010, at 2:45 p.m. and then April 14, 2010 and then April 29, 2010 at 3:30 p.m. and then June 9, 2010 at 2:45p.m. was rescheduled for July 22, 2010 at 2:45 p.m.;

WHEREAS, Third Party Defendant, Discovery Communications, LLC, filed Third Party Defendants' Answer, Counterclaims Against Third Party Plaintiffs, and Claims Against Plaintiff on June 7, 2010;

WHEREAS pursuant to a stipulation filed in this Court on June, 28 2010, Plaintiff, Defendants/Third Party Plaintiffs and Third Party Defendant agreed that the time for Third Party Defendant to answer or otherwise respond to the third party complaint was extended to an including August 12, 2010;

WHEREAS, Plaintiff and Third Party Defendant are currently and actively discussing settlement, have exchanged a draft settlement agreement, and an extension of time would allow the parties to continue such settlement discussions and would not further alter the schedule of this case;

The parties, through their respective counsel and pursuant to Civil L.R. 6-2, HEREBY MAKE THIS STIPULATED REQUEST THAT

1. The time for Plaintiff ( Zane Publishing, Inc. ) to respond to Third Party Defendant's Cross Claims Against Plaintiff be extended twenty-one (21) days to and including September 2, 2010.

Respectfully submitted this 12th day of August, 2010.

Dated: August 12, 2010

DAVIS WRIGHT TREMAINE, LLP
By: */s/ Laura Handman (with consent)*
   Laura Handman
   Davis Wright Tremaine LLP
   1919 Pennsylvania Ave NW #800
   Washington, DC  20006

   Attorneys for Third Party Defendant Discovery Communications, LLC

Dated: August 12, 2010

BROOKS KUSHMAN P.C.
By: */s/ Mark Brian Mizrahi*
   Mark Brian Mizrahi
   Brooks Kushman P.C.
   6701 Center Drive
   Suite 610
   Los Angeles, CA 90045
   310-348-8200
   Fax: 310-846-4799

   Attorneys for Plaintiff Zane Research, Inc.

IT IS SO ORDERED.

Dated: 8/20/10

_____
Hon. Saundra B. Armstrong

5

Case No. CV-09-4115 SBA
JOINT STUPILATED REQUEST FOR ORDER CHANGING TIME