BROOKS KUSHMAN P.C.
Mark Brian Mizrahi
Brooks Kushman P.C.
6701 Center Drive
Suite 610
Los Angeles, CA 90045
TEL: 310-348-8200
Fax: 310-846-4799
Email:        mmizrahi@brookskushman.com

Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| ZANE PUBLISHING, INC., <br> A Texas Corporation, <br><br> Plaintiff, <br><br> v. <br><br> J.C. RESEARCH, INC., d/b/a FOGWARE PUBLISHING, a California Corporation and INNOVATIVE KNOWLEDGE, INC., a California Corporation, <br><br> Defendants. <br><br> J.C. RESEARCH, INC., d/b/a FOGWARE PUBLISHING, a California Corporation and INNOVATIVE KNOWLEDGE, INC., a California Corporation, <br><br> Third Party Plaintiffs, <br><br> v. <br><br> DISCOVERY COMMUNICATIONS, LLC, A Delaware limited liability company, <br><br> Third Party Defendant. | Case No.: CV-09-04115 SBA <br><br> JOINT STUPILATED REQUEST FOR ORDER CHANGING TIME FOR PLAINTIFF TO RESPOND TO CROSS_CLAIMS AND ORDER |

WHEREAS, Zane Publishing, Inc. ("Plaintiff") filed a complaint in the above-captioned matter

against J.C. Research, Inc. d/b/a/ Fogware Publishing and Innovative Knowledge, Inc. (collectively

"Defendants/Third Party Plaintiffs") on September 4, 2009;

WHEREAS, on September 4, 2009, the Court entered its Order Setting Initial Case Management Conference and ADR deadlines and set the Conference in this case for December 10, 2009;

WHEREAS, on September 10, 2009, the Court Clerk issued a notice changing the time for the Conference and notifying the parties that the Conference would take place by telephone;

WHEREAS, on October 2, 2009, Plaintiff and Defendants/Third Party Plaintiffs stipulated that the time for Defendants/Third Party Plaintiffs to respond to Plaintiff's complaint was thereby extended thirty (30) days to and including November 2, 2009;

WHEREAS, Defendants/Third Party Plaintiffs filed their answer and a third party complaint against Discovery Communications, LLC and Roes 1-10 ("Third Party Defendant") on November 2, 2009;

WHEREAS, on November 16, 2009, Plaintiff and Third Party Plaintiffs filed a joint stipulation to continue the Initial Case Management Conference and ADR deadline to a time ordered by the Court;

WHEREAS, pursuant to an order entered by this Court on December 9, 2009, the Case Management Conference initially scheduled for December 10, 2009, was continued to February 3, 2010, at 3:15 p.m.;

WHEREAS, pursuant to a stipulation filed in this Court on December 22, 2009, Plaintiff, Defendants/Third Party Plaintiffs and Third Party Defendant agreed that the time for Third Party Defendant to answer or otherwise respond to the third party complaint was extended to and including February 10, 2010;

WHEREAS, pursuant to an order entered by this Court on December 28, 2009, the Case Management Conference initially scheduled for December 10, 2009 and rescheduled to February 3, 2010, at 3:15 p.m. was continued to March 3, 2010, at 2:45 p.m.;

WHEREAS, pursuant to a stipulation filed in this Court on February 3, 2010, Plaintiff, Defendants/Third Party Plaintiffs and Third Party Defendant agreed that the time for Third Party

Case No. CV-09-4115 SBA
JOINT STUPILATED REQUEST FOR ORDER CHANGING TIME

Defendant to answer or otherwise respond to the third party complaint was extended to and including March 12, 2010;

WHEREAS, pursuant to an order entered by this Court on February 16, 2010, the Case Management Conference initially scheduled for December 10, 2009, and rescheduled to February 3, 2010, at 3:15 p.m. and then March 3, 2010, at 2:45 p.m. was rescheduled for April 14, 2010;

WHEREAS, pursuant to a stipulation filed in this Court on March 9, 2010, Plaintiff, Defendants/Third Party Plaintiffs and Third Party Defendant agreed that the time for Third Party Defendant to answer or otherwise respond to the third party complaint was extended to and including March 26, 2010;

WHEREAS, pursuant to an order entered by this Court on March 17, 2010, the Case Management Conference initially scheduled for December 10, 2009, and rescheduled to February 3, 2010, at 3:15 p.m. and then March 3, 2010, at 2:45 p.m. and then April 14, 2010 was rescheduled for April 29, 2010 at 3:30 p.m.;

WHEREAS, pursuant to a stipulation filed in this Court on March 22, 2010, Plaintiff, Defendants/Third Party Plaintiffs and Third Party Defendant agreed that the time for Third Party Defendant to answer or otherwise respond to the third party complaint was extended to and including April 9, 2010;

WHEREAS, pursuant to an order entered by this Court on March 31, 2010, the Case Management Conference initially scheduled for December 10, 2009, and rescheduled to February 3, 2010, at 3:15 p.m. and then March 3, 2010, at 2:45 p.m. and then April 14, 2010 and then April 29, 2010 at 3:30 p.m. was rescheduled for June 9, 2010 at 2:45 p.m.;

WHEREAS, pursuant to a stipulation filed in this Court on April 6, 2010, Plaintiff, Defendants/Third Party Plaintiffs and Third Party Defendant agreed that the time for Third Party Defendant to answer or otherwise respond to the third party complaint was extended to and including April 23, 2010;

3

WHEREAS pursuant to a stipulation filed in this Court on April 22, 2010, Plaintiff, Defendants/Third Party Plaintiffs and Third Party Defendant agreed that the time for Third Party Defendant to answer or otherwise respond to the third party complaint was extended to an including June 7, 2010;

WHEREAS, pursuant to an order entered by this Court on April 27, 2010, the Case Management Conference initially scheduled for December 10, 2009, and rescheduled to February 3, 2010, at 3:15 p.m. and then March 3, 2010, at 2:45 p.m. and then April 14, 2010 and then April 29, 2010 at 3:30 p.m. and then June 9, 2010 at 2:45p.m. was rescheduled for July 22, 2010 at 2:45 p.m.;

WHEREAS, Third Party Defendant, Discovery Communications, LLC, filed Third Party Defendants' Answer, Counterclaims Against Third Party Plaintiffs, and Claims Against Plaintiff on June 7, 2010;

WHEREAS pursuant to a stipulation filed in this Court on June, 28 2010, Plaintiff, Defendants/Third Party Plaintiffs and Third Party Defendant agreed that the time for Third Party Defendant to answer or otherwise respond to the third party complaint was extended to an including August 12, 2010;

WHEREAS pursuant to a stipulation filed in this Court on August 12, 2010, Plaintiff and Third Party Defendant agreed that the time for Third Party Defendant to answer or otherwise respond to the third party complaint was extended to an including September 2, 2010;

WHEREAS, pursuant to an order entered by this Court on June 30, 2010, the Case Management Conference initially scheduled for December 10, 2009, and rescheduled to February 3, 2010, at 3:15 p.m. and then March 3, 2010, at 2:45 p.m. and then April 14, 2010 and then April 29, 2010 at 3:30 p.m. and then June 9, 2010 at 2:45p.m. and then July 22, 2010 at 2:45 p.m, was rescheduled for October 7 at 3:15 p.m..

Case No. CV-09-4115 SBA
JOINT STUPILATED REQUEST FOR ORDER CHANGING TIME

WHEREAS, Plaintiff and Third Party Defendant are currently and actively discussing settlement, have exchanged a draft settlement agreements, and an extension of time would allow the parties to continue such settlement discussions;

WHEREAS the parties agree that this will be the final extension granted with respect to the pleadings in this case;

The parties, through their respective counsel and pursuant to Civil L.R. 6-2, HEREBY MAKE THIS STIPULATED REQUEST THAT

1.      The time for Plaintiff ( Zane Publishing, Inc. ) to respond to Third Party Defendant's Cross Claims Against Plaintiff be extended to and including October 14, 2010.

2.      The Case Management Conference scheduled for October 7, at 3:15 p.m. be continued to any date convenient for this Court.

3.      There will be no more extensions to answer pleadings in the case.

Respectfully submitted this 17th day of September, 2010.

Dated: September 17, 2010          DAVIS WRIGHT TREMAINE, LLP
                                   By:____/s/ Laura Handman (with consent)_____
                                     Laura Handman
                                     Davis Wright Tremaine LLP
                                     1919 Pennsylvania Ave NW #800
                                     Washington, DC  20006

                                     Attorneys for Third Party Defendant Discovery
                                     Communications, LLC

Dated: September 17, 2010          VICTORIA L.H. BOOKE
                                   By:____/s/ Victoria L.H. Booke (with consent)_____
                                     Victoria L.H. Booke
                                     Fahmy & Booke
                                     606 North First St.
                                     San Jose, CA  95112
                                     408-286-7000
                                     Fax: 408-286-7111

                                     Attorneys for Defendants/Third Party Plaintiffs
                                     J.C. Research, Inc. d/b/a/ Fogware Publishing
                                     and Innovative Knowledge, Inc.

                                   BROOKS KUSHMAN P.C.
                                   By:____/s/ Mark Brian Mizrahi_____

5

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Dated: September 17, 2010

Mark Brian Mizrahi
Brooks Kushman P.C.
6701 Center Drive
Suite 610
Los Angeles, CA 90045
310-348-8200
Fax: 310-846-4799

Attorneys for Plaintiff Zane Research, Inc.

Case No. CV-09-4115 SBA
JOINT STUPILATED REQUEST FOR ORDER CHANGING TIME

**ORDER**

PURSUANT TO THE PARTIES' STIPULATION, IT IS HEREBY ORDERED THAT:

1.      The time for Plaintiff' (Zane Publishing, Inc.) to respond to Third Party Defendant's Counterclaims Against Plaintiff be extended to and including October 14, 2010; and

2.      The Case Management Conference scheduled for October 7, 2010 at 3:15 p.m. shall be CONTINUED to November 4, 2010 at 3:15 p.m. The parties shall meet and confer prior to the conference and shall prepare a joint Case Management Conference Statement which shall be filed no later than ten (10) days prior to the Case Management Conference that complies with the Standing Order of this Court.

3.      **There shall be no more extensions to respond to pleadings in this case**.

Dated: _9/22/10

SAUNDRA BROWN ARMSTRONG
United States District Judge

7