UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ZANE PUBLISHING, INC., <br><br> Plaintiff, <br><br> vs. <br><br> J.C. RESEARCH, INC., et al., <br><br> Defendants. | Case No: C 09-04115 SBA <br><br> **ORDER DENYING STIPULATED REQUEST TO TRANSFER VENUE** <br><br> Dkt. 54 |

On September 4, 2009, Plaintiff filed this action, bringing copyright infringement and related claims against Defendants.  On November 1, 2010, the parties file a Joint Stipulated Request to Transfer Venue to the U. S. District Court for the Northern District of California, San Jose Division, because Defendants "have been doing business in San Jose, California for over 10 years." Dkt. 54 at 2.

Civil Local Rule 3-2(h) provides that "[w]henever a Judge finds, upon the Judge's own motion or the motion of any party … that the convenience of the parties and witnesses and the interests of justice will be served by transferring the action to a different division within the district, the Judge may order such transfer, <u>subject to the provisions of the Court's Assignment Plan</u>." Civil L.R. 3-2(h) (emphasis added).  The Court's Assignment Plan, General Order No. 44, provides:

> Notwithstanding any other provision of the assignment plan, the clerk shall maintain a separate system of assignment for prisoner petitions, intellectual property cases (patent, trademark and <u>copyright</u>), securities class actions and capital habeas corpus cases. Venue for cases in these categories shall be proper in any courthouse in this District. <u>Cases in these categories shall be randomly assigned to any judge of this court, and shall not be reassigned on the basis of intra-district venue</u>.

1 | Gen. Order No. 44, ¶ 5.  In view of the Court's Assignment Plan, and the parties' failure to
2 | provide any separate authority that would support their request, the Joint Stipulated Request to
3 | Transfer Venue is DENIED.
4 |     IT IS SO ORDERED.
5 | Dated: November 4, 2010

*Saundra B. Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge