THOMAS R. BURKE (CA State Bar No. 141930)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California  94111
Telephone:      (415) 276-6500
Facsimile:      (415) 276-6599
Email:          thomasburke@dwt.com

LAURA R. HANDMAN (*pro hac vice*)
JOHN RORY EASTBURG (CA State Bar No. 247380)
DAVIS WRIGHT TREMAINE LLP
1919 Pennsylvania Ave. NW, Suite 800
Washington, DC  20006-3401
Telephone:      (202) 973-4200
Facsimile:      (202) 973-4499
Email:          laurahandman@dwt.com

Attorneys for Third Party Defendants

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| ZANE PUBLISHING, INC., <br> A Texas Corporation, <br>     Plaintiff, <br>   v. <br> J.C. RESEARCH, INC., d/b/a FOGWARE PUBLISHING, a California Corporation and INNOVATIVE KNOWLEDGE, INC., a California Corporation, <br>     Defendants. <br> J.C. RESEARCH, INC., d/b/a FOGWARE PUBLISHING, a California Corporation and INNOVATIVE KNOWLEDGE, INC., a California Corporation, <br>     Third Party Plaintiffs, <br>   v. <br> DISCOVERY COMMUNICATIONS, LLC, A Delaware limited liability company, and ROES 1 through 10, <br>     Third Party Defendants. | Case No.: CV-09-04115 SBA <br><br> **STIPULATION FOR DISMISSAL AND ORDER** <br><br> Hon. Saundra Brown Armstrong |

Pursuant to Federal Rule of Civil Procedure 41(a)(1), the parties to this action hereby stipulate to dismiss all actions, cross-claims, and counterclaims, filed in this docket with prejudice and with each party bearing its own costs.

This Stipulation for Dismissal includes the Complaint filed by Zane Publishing, Inc. ("Zane") on September 4, 2009 against J.C. Research, Inc. d/b/a Fogware Publishing, and Innovative Knowledge, Inc. ("Fogware"), the Third Party Complaint filed by Fogware on November 2, 2009 against Discovery Communications, LLC, and Roes 1 through 10 ("Discovery/Clearvue"), and the counterclaims asserted by Discovery/Clearvue on June 7, 2010 against Fogware, and well as the Fed. R. Civ. P. 14(a)(2)(D) claims asserted by Discovery/Clearvue against Zane on June 7, 2010.

IT IS SO STIPULATED:

Dated: June 13, 2011         BROOKS KUSHMAN P.C.

By:  */s/* Thomas W. Cunningham

    Thomas W. Cunningham
    Brooks Kushman P.C.
    1000 Town Center
    22nd Floor
    Southfield, MI 48075
    248-358-4400
    Email: tcunningham@brookskushman.com

Attorneys for Plaintiff

Dated: June 13, 2011         FAHMY & BOOKE

By:  */s/* Victoria L.H. Booke

    Victoria L.H. Booke
    Fahmy & Booke
    606 North First Street
    San Jose, CA 95112
    (408) 286-7000
    Fax: (408) 286-7111
    Email: vbooke@gmail.com

Attorneys for Defendants/Third-Party Plaintiffs

Dated: June 13, 2011         DAVIS WRIGHT TREMAINE LLP

By: /s/ Thomas R. Burke

    Thomas R. Burke
    DAVIS WRIGHT TREMAINE LLP
    505 Montgomery Street, Suite 800
    San Francisco, CA 94111-3834
    Telephone:  (415) 276-6556
    Facsimile:   (415) 276-6599

    Laura R. Handman (*pro hac vice*)
    John Rory Eastburg
    DAVIS WRIGHT TREMAINE LLP
    1919 Pennsylvania Ave. NW, Suite 800
    Washington, DC  20006-3401
    Telephone:  (202) 973-4200
    Facsimile:   (202) 973-4499

Attorneys for Third Party Defendants

Case No.: CV-09-04115 SBA
Stipulation for Dismissal

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED this __14TH day of JUNE, 2011.

                                                                      */s/ Sandra B. Armstrong*
                                                               Hon. Sandra Brown Armstrong
                                                               United States District Judge

## PROOF OF SERVICE

I HEREBY CERTIFY that on June 13, 2011, true and correct copies of the foregoing **STIPULATION FOR DISMISSAL AND [PROPOSED] ORDER** were served via ECF upon:

Thomas W. Cunningham
Brooks Kushman P.C.
1000 Town Center
22nd Floor
Southfield, MI 48075
248-358-4400
Email: tcunningham@brookskushman.com

Victoria L.H. Booke
Fahmy & Booke
606 North First Street
San Jose, CA 95112
(408) 286-7000
Fax: (408) 286-7111
Email: vbooke@gmail.com

By: /s/ John Rory Eastburg